IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RASHAUWN X. YELVERTON, #1672106**

    **Petitioner,**

    v.                                    Case Number 2:24cv145

**COMMONWEALTH OF VIRGINIA,**

    **Respondent.**

## FINAL ORDER

    This matter is before the Court on *pro se* Petitioner Rashauwn X. Yelverton's ("Petitioner") Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). ECF No. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C), and Federal Rule of Civil Procedure 72(b), and Eastern District of Virginia Local Civil Rule 72. In a Report and Recommendation entered on April 23, 2025, the Magistrate Judge recommended the Petition be denied and dismissed without prejudice due to Petitioner's failure to pay the filing fee, and his failure to file an amended petition in accordance with the Court's Order. ECF No. 12. Petitioner did not file any objections with the Court.

    Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation, ECF No. 12, in its entirety as the Court's own opinion. Accordingly, the Petition, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

    The Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby

Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

The Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, and therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003). The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner.

**IT IS SO ORDERED**.

/s/ Arenda L. Wright Allen
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
August 25, 2025